UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCIS MYERS

    Plaintiff,

v.                                              CASE NO.:   8:19-cv-01173-CEH-AAS

WELLS FARGO BANK, N.A.

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** FRANCIS MYERS, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, FRANCIS MYERS, and Defendant, WELLS FARGO BANK, N.A. have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 18th day of May, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                      Respectfully submitted,

*/s/William "Billy" Peerce Howard*
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*