UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCIS MYERS,

    Plaintiff,

v.                               CASE NO.: 8:19-cv-01173-CEH-AAS

WELLS FARGO BANK, N.A.,

    Defendant.

_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, FRANCIS MYERS, and the Defendant, WELLS FARGO BANK, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/William "Billy" Peerce Howard | /s/ Gillian Williston |
| William "Billy" Peerce Howard, Esq. | Gillian Williston, Esquire |
| Florida Bar No. 0103330 | Florida Bar No. 14270 |
| THE CONSUMER PROTECTION FIRM, PLLC | TROUTMAN SANDERS LLP |
| 4030 Henderson Blvd. | 222 Central Park Avenue |
| Tampa, FL 33629 | Suite 2000 |
| Telephone: (813) 500-1500 | Virginia Beach, VA  23462 |
| Facsimile: (813) 435-2369 | Telephone: (757) 687-7500 |
| Billy@TheConsumerProtectionFirm.com | Facsimile: (757) 687-7510 |
| *Attorney for Plaintiff* | Gillian.Williston@Troutman.com |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I certify that on _May 26, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                      */s/William "Billy" Peerce Howard*
                                      William "Billy" Peerce Howard, Esq.
                                      Florida Bar No. 0103330
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      4030 Henderson Blvd.
                                      Tampa, FL 33629
                                      Telephone: (813) 500-1500
                                      Facsimile: (813) 435-2369
                                      Billy@TheConsumerProtectionFirm.com
                                      *Attorney for Plaintiff*