UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCIS MYERS,

    Plaintiff,

v.                                                          Case No: 8:19-cv-1173-T-36AAS

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 22). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 22).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs, attorneys' fees and expenses.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on May 27, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record